# LAW OFFICES OF JOHN J. MARTIN

John J. Martin, Esquire*

Kimberly D. Martin, Esquire
———
Noelle S. Mundy, Paralegal

* Also Member MD Bar

1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Fax No. (570) 253-6988
email address: jmartin@martin-law.net
kmartin@martin-law.net
nmundy@martin-law.net

Stroudsburg Office:
701 Main Street
Stroudsburg, PA 18360
(570) 426-1426

July 8, 2015

<u>*VIA REGULAR MAIL*</u>

Clerk – U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

RE: <u>**Repetti, John, Chapter 7 Bankruptcy Case No. 5-13-06201-RNO**</u>

Dear Clerk:

    Enclosed please find check number 107 in the sum of Five Hundred Eighty Two dollars ($582.33) and 33/100, representing unclaimed funds for the following claim in the above referenced bankruptcy proceeding:

- Claim No. 4 - FIA Card Services 655 Peppermill Road, Newark, DE 19711  $582.33

    Should you have any questions regarding the enclosed, please do not hesitate to contact this office. I am...

                                     Very Truly Yours,

                                     John J. Martin, Esquire

JJM/nm
encl

FILED WILKES-BARRE, PA 2015 JUL 13 PM 1:49 CLERK U.S. BANKRUPTCY COURT

Case 5:13-bk-06201-RNO    Doc 84    Filed 07/13/15    Entered 07/13/15 14:04:18    Desc
Main Document    Page 1 of 1